FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 JAN 27 PM 3: 31

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 4:05CR3137 |
| vs. | ) ) | ORDER |
| NICHOLAS BONAHOOM, | ) ) | |
| Defendant. | ) | |

The court hereby orders the following:

1. The government is hereby ordered to release to counsel for the defendant and defendant's expert witness, if applicable, all items seized from defendant's residence, including mirror image copies of the defendant's computer hard drive. To the extent possible, all such items shall be conspicuously marked to identify them with this case, and defendant's counsel and defendant's expert witness shall give a receipt therefore.

2. All such items shall be kept by defense counsel and/or defendant's expert witness at all times in a locked, secured place, accessible only to defendant's counsel and defendant's expert witness. Any computer used to access any hard drives must not be connected to the internet or any other local area network. None of the items nor the material shall be altered in any way without prior order of the court.

3. No other person may examine or have access to this material without further order of the court.

4. No other copies of any of this material shall be made.

5. Each person who is permitted by this order to have access to this material shall agree in writing to be bound by the terms of this order, and shall not disclose any item of this material or any information in it or descriptions of it to any other person without prior order of this court.

6. At the conclusion of this case, that is, when the judgment has become final, all of the

material subject to this order shall be returned to counsel for the government, who shall return it to the investigating agency for destruction in accordance with its policies according to law.

DATED this 27th day of January, 2006.

David L. Piester
United States Magistrate Judge