## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3137 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NICHOLAS BONAHOOM, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The defendant's motion to continue time for filing of departure motions (filing 26) is granted;

(2)     The defendant has until June 29, 2006 to file a motion for downward departure and/or deviation;

(3)     The court's tentative findings are due on June 30, 2006;

(4)     The defendant's sentencing remains set on July 7, 2006 at 12:30 p.m.

June 26, 2006.                          BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge