IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3137 |
| | ) | |
| v. | ) | |
| | ) | |
| NICHOLAS BONAHOOM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

　　　IT IS ORDERED that the defendant's motion for release pending appeal (filing 53) is denied.

　　　August 29, 2006.　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　United States District Judge